JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| FERNANDO ZAVALA, | ) | No. CV 08-07589-DMG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES P. HARTLEY, | ) | |
| Respondent. | ) | |

  Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

  **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: November 22, 2010

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE